IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATED OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| vs. | : | |
| OSCAR ROMAN | : | NO. 95-335-02 |

**O R D E R**

**AND NOW**, this 15th day of September, 2009, upon consideration of defendant Oscar Roman's Motion for Modification of Sentence Pursuant to 18 U.S.C. Section 3582(c)(2) (Doc. No. 143) and the Government's response thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE